Mark F. Lovell 246652
mark.lovell@ogletree.com
Nikka Maleki 327838
nikka.maleki@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
Airport Terminal Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CLEMENTE RAMIREZ, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a California Corporation; and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. 2:22-CV-07552<br><br>**CERTIFICATE OF INTERESTED PARTIES IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Related Cases; and Declaration of Brandy Wallace]*<br><br>State Court Action Filed: September 9, 2022<br>Trial Date: None Set |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

The undersigned counsel of record for Defendant Airport Terminal Services, Inc. ("Defendant") certify that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Airport Terminal Services, Inc.;

2.  Plaintiff Ulises Clemente Ramirez;

3.  The law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., which represents Defendant Airport Terminal Services, Inc.; and

4.  The Barkhordarian Law Firm, PLC, which represents Plaintiff Ulises Clemente Ramirez.

DATED: October 17, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Nikka Maleki*
Mark F. Lovell
Nikka Maleki

Attorneys for Defendant
Airport Terminal Services, Inc.

**PROOF OF SERVICE**
*Ulises Clemente Ramirez v. Airport Terminal Services, Inc.*
Case No. 2:22-CV-07552

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

On October 17, 2022, I served the following document(s):

**CERTIFICATE OF INTERESTED PARTIES IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 17, 2022, at Costa Mesa, California.

_____
Nieka Caruthers-Dodson

**SERVICE LIST**
*Ulises Clemente Ramirez v. Airport Terminal Services, Inc.*
Case No. 2:22-CV-07552

| | |
|---|---|
| Gregory P. Wong<br>John F. Litwin<br>BARKHORDARIAN LAW FIRM, PLC<br>6047 Bristol Parkway, Second Floor<br>Culver City, CA 90230<br>Telephone: 323.450.2777<br>Email: john@barklawfirm.com | Attorneys for Plaintiff<br>Ulises Clemente Ramirez |