Mark F. Lovell 246652
mark.lovell@ogletree.com
Nikka Maleki 327838
nikka.maleki@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant
Airport Terminal Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CLEMENTE RAMIREZ, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a California Corporation;  and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. 2:22-CV-07552<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3**<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Certificate of Interested Parties; Corporate Disclosure Statement; and Declaration of Brandy Wallace]*<br><br>State Court<br>Action Filed:      September 9, 2022<br>Trial Date:          None Set |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3.1 of this Court, the undersigned counsel of record for Defendant Airport Terminal Services, Inc. ("Defendant") certifies that Defendant is not aware of any other actions previously filed or concurrently pending in the Central District which:  (a) appear to arise from the same or a closely related transaction, happening or event; (b) appear to call for a determination of the same or substantially related or similar questions of law or fact; (c) for other reasons would

1 | entail substantial duplication of labor if heard by different judges; or (d) appear to
2 | involve the same patent, trademark or copyright, and one of the factors identified
3 | above in (a), (b) or (c) is present, with the action being filed.

5 | DATED: October 17, 2022          OGLETREE, DEAKINS, NASH,
                                     SMOAK & STEWART, P.C.

                                     By: */s/ Nikka Maleki*
                                         Mark F. Lovell
                                         Nikka Maleki

                                     Attorneys for Defendant
                                     Airport Terminal Services, Inc.

**PROOF OF SERVICE**
*Ulises Clemente Ramirez v. Airport Terminal Services, Inc.*
Case No. 2:22-CV-07552

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

On October 17, 2022, I served the following document(s):

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 17, 2022, at Costa Mesa, California.

Nieka Caruthers-Dodson

3
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3

# SERVICE LIST
*Ulises Clemente Ramirez v. Airport Terminal Services, Inc.*
Case No. 2:22-CV-07552

| | |
|---|---|
| Gregory P. Wong<br>John F. Litwin<br>BARKHORDARIAN LAW FIRM, PLC<br>6047 Bristol Parkway, Second Floor<br>Culver City, CA 90230<br>Telephone: 323.450.2777<br>Email: john@barklawfirm.com | Attorneys for Plaintiff<br>Ulises Clemente Ramirez |