# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ulises Clemente Ramirez, | CASE NUMBER: |
| Plaintiff(s), | CV 22-07552-ODW (JCx) |
| v. | |
| Airport Terminal Services, Inc. et al., | **ORDER/REFERRAL TO ADR** |
| Defendant(s), | |

   The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

   **ORDERS** this case referred to:

   **X   ADR PROCEDURE NO. 3**: (Private mediation).


   For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: January 3, 2023

_____
United States District Judge