**GREGORY P. WONG (SBN: 204502)**
**JOHN F. LITWIN (SBN: 301611)**
**BARKHORDARIAN LAW FIRM, PLC**
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777
Email: John@barklawfirm.com

**Attorneys for Plaintiff**
**Ulises Clemente Ramirez**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES CLEMENTE RAMIREZ, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a California Corporation; and DOES 1 to 100, inclusive.<br><br>    Defendants. | CASE NO 2:22-cv-07552<br><br>Assigned to Hon. Judge Otis D. Wright II<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: 09/09/2022<br>Complaint Removed: 10/17/2022<br>Trial Date:  Not yet set |

# NOTICE OF SETTLEMENT

Plaintiff, ULISES RAMIREZ hereby notifies the Court that the Parties have reached a settlement in the above-entitled matter. The parties are in the process of executing a long-form settlement agreement and anticipate filing a stipulation for the dismissal of the entire action, with prejudice, within 45 days. Therefore, Plaintiff requests the Court vacate all pending dates and hearings and schedule a status conference in approximately 45 days regarding the status of settlement and dismissal of the matter.

Respectfully Submitted,

DATED: September 6, 2023

BARKHORDARIAN LAW FIRM, PC

/s/ John F. Litwin

_____
Gregory P. Wong
John F. Litwin
Attorneys for Plaintiff
Ulises Ramirez