1  John F. Litwin CA Bar No. 301611
   BARKHORDARIAN LAW FIRM, PLC
2  6047 Bristol Parkway, Second Floor
   Culver City, CA 90230
3  Telephone:  323-450-2777

4  Attorneys for Plaintiff
   Ulises Clemente Ramirez
5

6  Mark F. Lovell CA Bar No. 246652
   mark.lovell@ogletree.com
7  Allison R. De La Riva CA Bar No. 322487
   allison.delariva@ogletree.com
8  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
9  Park Tower, Fifteenth Floor
   695 Town Center Drive
10 Costa Mesa, CA  92626
   Telephone:  714-800-7900
11 Facsimile:   714-754-1298

12 Attorneys for Defendant
   Airport Terminal Services, Inc.
13

14 **UNITED STATES DISTRICT COURT**

15 **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

16

| 17 | ULISES CLEMENTE RAMIREZ, an Individual | Case No. 2:22-cv-07552-ODW (JCx) |
|---|---|---|
| 18 | Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| 19 | v. | |
| 20 | AIRPORT TERMINAL SERVICES, INC. a California Corporation; and DOES 1 to 100, inclusive. | Complaint Filed: September 9, 2022<br>Trial Date: February 13, 2024<br>District Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |

24
25
26
27
28

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Ulises Clemente Ramirez ("Plaintiff") and Defendant Airport Terminal Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate that Plaintiff dismisses the above-captioned action in its entirety with prejudice. The Parties request dismissal of the instant matter as the Parties have reached a settlement of all claims.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties and their counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without further notice or hearing, that Plaintiff dismisses the above-captioned action in its entirety with prejudice. Each party will bear their own fees and costs.

DATED: September 26, 2023                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/Allison R. De La Riva*
Mark F. Lovell
Allison R. De La Riva
Attorneys for Defendant
Airport Terminal Services, Inc.

DATED: September 26, 2023                BARKHORDARIAN LAW FIRM, PLC

By: */s/ John F. Litwin*
John F. Litwin
Attorneys for Plaintiff
Ulises Clemente Ramirez

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

2  I, Allison R. De La Riva, attest that concurrence in the filing of this document
3 has been obtained from the other signatories.

4

5

6 Dated: September 26, 2023                         */s/Allison R. De La Riva*
                                                    Allison R. De La Riva