# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ULISES CLEMENTE RAMIREZ, an Individual<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC. a California Corporation; and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. 2:22-cv-07552-ODW (JCx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: September 9, 2022<br>Trial Date: February 13, 2024<br>District Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Jacqueline Chooljian |

# **PROPOSED ORDER**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: _____

                                                                                                                                  _____
                                                                                                                                  Hon. Otis D. Wright, II
                                                                                                                                  United States District Court Judge