JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ULISES CLEMENTE RAMIREZ, | Case № 5:22-cv-07552-ODW (JCx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AIRPORT TERMINAL SERVICES, INC. ET AL., | |
| Defendant. | |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that:

1. The Plaintiff's individual action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. All dates and deadlines in this action are **VACATED** and taken off calendar; and

3. Each party shall bear its own costs and attorneys' fees.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 27, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**